```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.S. ET AL.,

                 **Plaintiffs,**

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION

                 **Defendant.**

23-cv-01921 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the Defendant's letter requesting a stay and an order to compel Plaintiff to produce the relevant attorney billing records. ECF No. 12. Plaintiff is hereby **ORDERED** to respond to Defendant's letter on or by **August 14, 2023.**

SO ORDERED.

Dated:   August 9, 2023
              New York, New York

                                                */s/ Andrew L. Carter, Jr.*
                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**