USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/16/23__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

R.S. ET AL.,

                **Plaintiffs,**

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                **Defendant.**

23-cv-01921 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' letters related to Defendant's request for a stay and an order to compel Plaintiff to produce the relevant attorney billing records. ECF Nos. 12, 14-16. The Court shall hold a telephonic conference to discuss these issues on **August 22, 2023 at 1:00 P.M. Eastern Time**. The parties shall contact the Court at **1-888-363-4749 (access code: 3768660).**

**SO ORDERED.**

Dated:   August 16, 2023
             New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**