**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  8/22/23

R.S. ET AL.,

                              **Plaintiffs,**

              **-against-**

**NEW YORK CITY DEPARTMENT OF**
**EDUCATION,**

                              **Defendant.**

**23-cv-01921 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed in today's conference, the parties are **ORDERED** to file a joint status report on or by **August 24, 2023** confirming whether Defendant has received the relevant attorney billing records. The Court hereby extends the stay. The parties are also **ORDERED** to file a joint status report on or by **November 22, 2023** advising the Court of the status of settlement discussions in this matter.

Additionally, because Plaintiff's counsel has agreed to send the relevant attorney billing records today, Defendant's pending request for an order to compel is **denied without prejudice**. The Clerk of the Court is respectfully directed to terminate the pending letter motion at ECF No. 12.

**SO ORDERED.**

**Dated:    August 22, 2023**
        **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**